

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2014

No. 04-13-00887-CV

Aurora A. **RODRIGUEZ**, Israel Rodriguez, Edelmiro Romeo Alvarez, Silverio Simon Alvarez, Anita Irma Guerra, Emilio Roman Alvarez, Adrian Alvarez, Teodoro Alvarez, Jr., and Primitivo Alvarez,
Appellants

v.

Ventura **HERNANDEZ**,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-11-423
Honorable Jose Luis Garza, Judge Presiding

## O R D E R

  The Appellant's Motion for Extension of Time to File Motion for Rehearing is GRANTED. The motion for rehearing is due on December 19, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court